UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

RONDA BAILEY,

    Plaintiff,                                          Case No. 3:16-cv-5

vs.

ROBERT RUEHLMAN, *et al.*,          District Judge Thomas M. Rose
                                                            Magistrate Judge Michael J. Newman

    Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation of Magistrate Judge Michael J. Newman (Doc. #14), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation.

Accordingly, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. #14) is **ADOPTED** in full;

2. Defendant's motion to dismiss (Doc. #10) is **GRANTED**; and

3. This case is **CLOSED** on the Court's docket.

**IT IS SO ORDERED.**


Date:  October 27, 2016                                  THOMAS M. ROSE
                                                            _____
                                                            Thomas M. Rose
                                                            United States District Judge